UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/142024
```

KIERA CARTER, on behalf of herself and others similarly situated,

                Plaintiff,

-against-

FRESH DINING CONCEPTS LLC,

                Defendant.

23 Civ. 10713 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 11, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by February 12, 2024. ECF No. 5 ¶ 1. Those submissions are now overdue. Accordingly, by **March 12, 2024**, the parties shall file a joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 14, 2024
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge