

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2024
```

May 13, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Peral Street
New York, NY 10007

Re:   *Kiera Carter v. Fresh Dining Concepts LLC*
      Case No. 23-cv-10713-AT

Dear Judge Torres:

This firm represents Defendant Fresh Dining Concepts LLC in the above-captioned matter. I write pursuant to your Honor's Individual Rules and Practices to request an extension of deadline to file a stipulation of dismissal, as the parties are continued to work together to finalize the settlement terms and agreement.

We respectfully request an extension of time through May 28, 2024, to comply with the Court's order requiring the parties to file a stipulation of dismissal (ECF Docket No. 21).

This is Defendant's first request for an extension of such deadline. Plaintiff has consented to this request.

We thank the Court for its courtesies and consideration of this request.

Respectfully submitted,

*/s/ Roya Aghanori*

Roya Aghanori

GRANTED.

SO ORDERED.

Dated: May 14, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge