

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/29/2024_
```

May 28, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Kiera Carter v. Fresh Dining Concepts LLC*
       Case No. 23-cv-10713-AT

Dear Judge Torres:

This firm represents Defendant Fresh Dining Concepts LLC in the above-captioned matter. I write pursuant to your Honor's Individual Rules and Practices to request a brief ten (10) day extension of deadline to file a stipulation of dismissal, as the parties are continuing to work together to finalize and execute the settlement terms and agreement.

We respectfully request an extension of time through June 7, 2024, to comply with the Court's order requiring the parties to file a stipulation of dismissal (ECF Docket No. 23).

This is the second request for an extension of such deadline, and Plaintiff has consented to this request.

We thank the Court for its courtesies and consideration of this request.

                                        Respectfully submitted,

                                        */s/ Roya Aghanori*

                                        Roya Aghanori

GRANTED.

SO ORDERED.

Dated: May 29, 2024
       New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge