

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2024

June 7, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Kiera Carter v. Fresh Dining Concepts LLC*
      Case No. 23-cv-10713-AT

Dear Judge Torres:

Pursuant to Your Honor's Individual Rules and Practices, the parties submit the following joint letter to provide a status update to the court and request a final extension of deadline to file a stipulation of dismissal.

The Parties have reached an agreement in principle and are in the process of finalizing the settlement agreement. We respectfully request a final two-week extension of time through June 21, 2024, to comply with the Court's order permitting the parties to file a stipulation of dismissal. The current deadline to submit such stipulation is today, June 7, 2024.

This is the third request for an extension of such deadline. All previous requests were sought to permit the parties to engage in settlement discussions and finalize resolution terms.

Thank you for Your Honor's consideration and attention to this matter.

Dated: June 7, 2024                              Dated: June 7, 2024

GRANTED.

SO ORDERED.

Dated: June 7, 2024
       New York, New York

ANALISA TORRES
United States District Judge