UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIERA CARTER,

                Plaintiff,

-against-

FRESH DINING CONCEPTS LLC,

                Defendants.

Case No. 23-cv-10713-AT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Plaintiff Kiera Carter ("Plaintiff") and Defendant Fresh Dining Concepts LLC ("Defendant") by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that this action, including all claims that were asserted herein, is hereby voluntarily dismissed with prejudice, the parties to bear their own costs and attorneys' fees except as otherwise agreed between the parties.

A facsimile or PDF copy of this stipulation, including electronic signatures, shall be treated with the same force and effect as an original copy of this stipulation.

Dated: June 17, 2024

By: _/s/ Mohammed Gangat_
Mohammed Gangat
**Law Office of Mohammed Gangat**
675 Third Avenue, Suite 1810
New York, New York 10014
(718) 669-0714
mgangat@gangatpllc.com

*Attorneys for Plaintiff*

Dated: June 24, 2024

By: _/s/ Eli Z. Freedberg_
Eli Z. Freedberg
**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022
(212) 583-9600
efreedberg@littler.com

*Attorneys for Defendant*

4871-0586-0294.3